

# Fourth Court of Appeals
## San Antonio, Texas

January 21, 2022

No. 04-21-00233-CV

**VIA METROPOLITAN TRANSIT AUTHORITY,**
Appellant

v.

Manuel **FLORES,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV06515
Honorable David J. Rodriguez, Judge Presiding

## O R D E R

On October 1, 2021, this appeal was submitted on briefs before a panel consisting of Chief Justice Rebeca C. Martinez, Justice Luz Elena D. Chapa, and Justice Irene Rios. Justice Chapa has voluntarily recused herself from this appeal. Accordingly, the submission is withdrawn. This appeal will be submitted on briefs only before this Court on **February 11, 2022** before a panel consisting of Chief Justice Rebeca C. Martinez, Justice Irene Rios, and Justice Liza A. Rodriguez.

It is so **ORDERED** on this 21st day of January, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court